# Kathryn Salvaterra

2552 South Sartain Street, Philadelphia, PA 19148 | C: 215-941-2614 | kat@dunnelawoffices.com

## EDUCATION

**Peirce College, Philadelphia, PA**
Bachelor of Science, Paralegal Studies (ABA Approved)                                                     June 2014

- Honors:        President's Scholar; GPA: 3.65
- Awards:        President's List, Dean's List, National Paralegal Honor Society
- Coursework:  Legal Research: Bus Orgs.; Family Law; Criminal Law; Tort Law; Ethics & Prof. Resp.; Legal Writing (Basic and Advanced); Civil Lit.; Legal Technology; and Real Estate Law.

## EXPERIENCE

**Dunne Law Offices, P.C.**                                                                                         **Philadelphia, PA**
*Paralegal*                                                                                                                    2011 – Present
- Investigate violations of federal consumer laws, research and analyze relevant laws
- Perform administrative tasks, schedule appointment calendars, maintain case files and document discovery databases.
- Prepare case exhibits, affidavits, and other evidence in advance of trial
- Manage trial calendar, judicial calendar, and master calendar
- Communicate with clients throughout the life cycle of their case

**The Children's Hospital of Philadelphia**                                                                   **Philadelphia, PA**
*Residency Coordinator - Division of Neurology*                                                        2009 – 2011
- Collect data and report resident progress to the Accreditation Council for Graduate Medical Education
- Coordinate annual recruitment and orientation for medical residents and fellows
- Maintain and update the Division's website

**The Children's Hospital of Philadelphia**                                                                   **Philadelphia, PA**
*Pediatric Epilepsy Program Coordinator*                                                                   2005 – 2009
- Managed patient admissions and discharges on the Epilepsy Monitoring inpatient floor
- Scheduled and coordinated complex inpatient admissions and diagnostic testing
- Resolved insurance companies disputes in order to approve inpatient admissions
- Abstracted EEG test reports into the electronic medical record

**Computer Skills**
Microsoft Word, Microsoft Excel, Microsoft Access, Microsoft PowerPoint, Microsoft Outlook, Westlaw, LexisNexis, Best Case, EPIC

**Extracurricular Activities**
- President, Paralegal Student Association at Peirce College
- Member, Philadelphia Paralegal Association
- Volunteer paralegal, Wills for Heroes Foundation: Assisted attorneys in the preparation of wills, living wills, and powers of attorney.