IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE BUSH,<br><br>    Plaintiff,<br><br>    v.<br><br>LVNV FUNDING LLC,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 22-1292-KSM |

## ORDER

**AND NOW** this 31st day of October, 2022, upon consideration of Plaintiff's Petition in Support of an Award of Counsel's Fees and Costs (Doc. No. 5), Defendant's objections (Doc. No. 8), and Plaintiff's response brief (Doc. No. 9), it is **ORDERED** that the petition is **GRANTED IN PART** and **DENIED IN PART**. Bush is entitled to recover $4,136.25 in attorney's fees and $458.71 in costs.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON